0027-63-EPIEXX-00357943-1385092

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NEW YORK

In re: STEPHEN E ALDRICH  
      JILL F ALDRICH  
          Debtor(s)

Case No.: 18-21316-PRW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

George M. Reiber, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/20/2018.
2) The plan was confirmed on 09/23/2019.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 02/08/2024.
6) Number of months from filing or conversion to last payment: 62.
7) Number of months case was pending: 64.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 60,530.00.
10) Amount of unsecured claims discharged without full payment: 101,484.29.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $92,200.00 |
| Less amount refunded to debtor: | $2,240.00 |
| **NET RECEIPTS:** | $89,960.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $3,800.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $8,807.95 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $12,607.95 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ABIGAIL ALDRICH | Unsecured | NA | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | Unsecured | 15,213.00 | 14,997.75 | 14,997.75 | 1,798.62 | .00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | 2,709.00 | NA | NA | .00 | .00 |
| CARMAX AUTO FINANCE | Secured | 7,512.00 | 7,396.39 | 7,253.48 | 7,253.48 | 769.01 |
| CHASE BANK USA, N.A. | Unsecured | 2,603.00 | 2,509.59 | 2,509.59 | 300.97 | .00 |
| CHASE MANHATTAN BANK USA | Unsecured | NA | NA | NA | .00 | .00 |
| CITIBANK | Unsecured | 2,970.00 | 2,905.92 | 2,905.92 | 348.50 | .00 |
| CITIBANK | Unsecured | 5,094.00 | 4,957.24 | 4,957.24 | 594.51 | .00 |
| CITIBANK, N.A. | Unsecured | NA | 848.56 | 848.56 | 101.76 | .00 |
| CITIBANK, N.A. | Unsecured | 2,182.00 | 2,213.44 | 90.70 | 90.70 | .00 |
| CITIBANK, N.A. | Unsecured | 1,789.00 | 1,810.50 | 90.96 | 90.96 | .00 |

0027-63-EPIEXX-00357943-1385092

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: STEPHEN E ALDRICH  
      JILL F ALDRICH  
          Debtor(s)

Case No.: 18-21316-PRW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITIBANK, N.A. | Unsecured | 1,301.00 | 1,302.10 | 54.48 | 54.48 | .00 |
| CREDIT ACCEPTANCE CORP | Secured | 6,656.00 | 6,783.61 | .00 | .00 | .00 |
| DEPARTMENT STORE NATIONAL BANK | Unsecured | 1,356.00 | 1,324.00 | 1,324.00 | 158.78 | .00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| DISCOVER STUDENT LOANS | Unsecured | 2,182.00 | 2,150.39 | 2,150.39 | 257.89 | .00 |
| DISCOVER STUDENT LOANS | Unsecured | 1,020.00 | 757.93 | 757.93 | 90.89 | .00 |
| DISCOVER STUDENT LOANS | Unsecured | 932.00 | 952.47 | 952.47 | 114.23 | .00 |
| FEDERAL LOAN SERVICING | Unsecured | 2,311.00 | NA | NA | .00 | .00 |
| FEDERAL LOAN SERVICING | Unsecured | 1,830.00 | NA | NA | .00 | .00 |
| FEDERAL LOAN SERVICING | Unsecured | 1,662.00 | NA | NA | .00 | .00 |
| FIRSTMARK SERVICES | Unsecured | 848.00 | NA | NA | .00 | .00 |
| JENNIFER A WEST, RECEIVER | Secured | 7,000.00 | NA | NA | .00 | .00 |
| LVNV FUNDING. LLC | Unsecured | 1,010.00 | 992.70 | 992.70 | 119.05 | .00 |
| MEDSTAR PHYSICIANS | Unsecured | 287.00 | NA | NA | .00 | .00 |
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 912.00 | 1,011.99 | 1,011.99 | 121.36 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,609.00 | 3,624.18 | 3,624.18 | 434.63 | .00 |
| SANTANDER CONSUMER USA INC. | Secured | 10,611.00 | 10,595.48 | 10,595.48 | 10,595.48 | 1,108.86 |
| SN SERVICING CORPORATION | Secured | 271,666.00 | 280,253.68 | 27,114.84 | 27,114.84 | .00 |
| TLOA SERVICING LLC | Secured | 15,000.00 | 13,853.72 | 13,853.72 | 13,853.72 | 6,514.35 |
| U.S. DEPARTMENT OF EDUCATION | Unsecured | 10,460.00 | 39,921.08 | 39,921.08 | 4,770.53 | .00 |
| U.S. DEPARTMENT OF EDUCATION | Unsecured | 10,066.00 | 5,790.66 | 5,790.66 | 694.45 | .00 |
| US DEPT OF EDUCATION | Unsecured | 7,676.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | 7,676.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | 3,647.00 | NA | NA | .00 | .00 |

0027-63-EPIEXX-00357943-1385092

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NEW YORK

In re: STEPHEN E ALDRICH  
      JILL F ALDRICH  
    Debtor(s)

Case No.: 18-21316-PRW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WOODS OVIATT GILMAN ET AL | Secured | NA | .00 | .00 | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 27,114.84 | 27,114.84 | .00 |
| Debt Secured by Vehicle: | 17,848.96 | 17,848.96 | 1,877.87 |
| All Other Secured: | 13,853.72 | 13,853.72 | 6,514.35 |
| **TOTAL SECURED:** | 58,817.52 | 58,817.52 | 8,392.22 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 82,980.60 | 10,142.31 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $12,607.95 |
| Disbursements to Creditors: | $77,352.05 |
| **TOTAL DISBURSEMENTS:** | $89,960.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 04/30/2024      By: /s/George M. Reiber  
                                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.